# MILLENNIUM BANK — WIRE INSTRUCTIONS

**EXHIBIT 3**

Domestic [x]    International [ ]

## WIRE INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Date | 5/25/21 | Wire Amount | $5,000.00 |
| Debit Account # | ███████513 | Wire Fee | $20.00 |
| Prepared by: | Anupam Satyasheel | Total Amount | $0.00 |

## ORIGINATOR INFORMATION

- Customer Name: Occams Paradigm Inc.
- Account Number: ███████513
- Account Type: Checking
- Street Address: 1171 Bryant Rd
- City, State, Zip (Country if Int'l): Long Beach CA 90815
- Phone # (If Applicable): 917-331-1364

## RECEIVING BANK INFORMATION

- Receiving Bank ID (ABA/Swift): ███693
- Receiving Bank Name: Bank of America
- Receiving Bank Address:
- City, State, Zip (Country If Int'l): Richmond, VA
- Phone # (If Applicable):

## BENEFICIARY INFORMATION

- Beneficiary Account #: ███████551
- Beneficiary Name: VCG LLC
- Beneficiary Address: 8 Almanzora
- City, State, Zip (Country if Int'l): Newport Coast, CA 92657
- For Further Credit to: NA

Purpose of Wire: Service Invoice Payment

Internal Wire: YES [ ]   NO [ ]

Employee Initials: _____

*It is understood that the above transaction is made at my accommodation; that the bank acts only as my agent and assumes no responsibility beyond ordinary care and diligence regarding the timely completion of this transaction.*

Customer Printed Name: Occams Paradigm, Inc. / Anupam Satyasheel

Customer Signature: *[signed] Anupam Satyasheel*

## BANK OFFICER APPROVAL

| Printed Name | Title | Signature |
|---|---|---|

## BANK USE ONLY

Request Type: [ ] In Person*   [ ] Fax**   [x] Email**
**Requires Call Back to Customer

*Customer Signature Verified by: _____

**Customer Request Verified by: _____   Call Back Date/Time: _____

Wired Entered by: _____   OFAC Searched: _____

Wire Verified and Released by: _____   Internal Ref No.: _____

Date Released: _____   Time Released: _____

Revised 10/24/2018