| | |
|---|---|
| **From:** | David King |
| **To:** | Ky Jurgensen; Anupam Satyasheel |
| **Subject:** | Fwd: Settlement |
| **Date:** | Tuesday, October 19, 2021 8:24:23 AM |
| **Attachments:** | Affidavit of Service Keeping Capital et al 10012021.pdf |
| | Callier V Keeping Capital and David King Satisfaction of Judgment.pdf |

█████████████████████████████████.

████████████████████████████████████████████.

Get Outlook for iOS

**From:** David King <david@loanrelief.biz>
**Sent:** Friday, October 1, 2021 9:23 AM
**To:** David King
**Subject:** Fwd: Settlement


---------- Forwarded message ---------
From: **Brandon Callier** <callier74@gmail.com>
Date: Fri, Oct 1, 2021 at 12:08 PM
Subject: Re: Settlement
To: David King <david@loanrelief.biz>


David,

I just electronically filed the attached satisfaction of judgement.  I am working on the settlement notice right now.

Thank you,

Brandon Callier
915-383-4604

On Thu, Sep 30, 2021 at 5:21 PM Brandon Callier <callier74@gmail.com> wrote:
> Yes, I agree.
>
>> On Thu, Sep 30, 2021, 2:55 PM David King <david@loanrelief.biz> wrote:
>> Good afternoon Brandon,
>>
>> Further to our conversation of today at 4pm ET between you, Nedeen (Legal Counsel), Andy (Advisor) and I, we agreed to the following:-
>>
>> * you will file the necessary paper work for the previous default judgement either later today or tomorrow morning.
>> * we agree to two calendar weeks for us to figure out what occurred and reach a settlement between all parties to the case.

**EXHIBIT 4**

> \* you will file the relevant suspension paperwork with the court either later today or tomorrow morning to this effect.
>
> I believe I have covered the spirit of what we discussed?
>
> Regards