Case 3:21-cv-00157-KC   Document 24   Filed 01/03/22   Page 1 of 1

**FILED**
January 03, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Michael Trujillo___
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,** § § § § **Plaintiff,** § § v. § § **MICHAEL JOHNSON, KEEPING CAPITAL, LLC,** a Florida Limited Liability Company d/b/a **DEBT DISSOLUTION, DAVID KING and ANUPAM SATYASHEEL** § § § § § § § **Defendants.** § § | EP-21-CV-00157-KC |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

The Plaintiff and Defendants have resolved their case. Plaintiff hereby requests the Court dismiss the case against Defendants Michael Johnson, Keeping Capital, LLC d/b/a Debt Dissolution, David King, and Anupam Satyasheel with prejudice.

December 30, 2021                                         Respectfully Submitted

*Brandon Callier*

Brandon Callier
Plaintiff Pro Se
6336 Franklin Trail Drive
El Paso, TX 79912
Callier74@gmail.com